UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-02022-DFM | Date: | April 11, 2023 |
|---|---|---|---|
| Title | Mohamad Nour Totounji v. David M. Radel et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Service

On November 4, 2022, Plaintiff filed a Complaint against Defendants David M. Radel, Alejandro N. Mayorkas, and Merrick B. Garland. See Dkt. 1. Nearly four months later, there is no record that Plaintiff has properly served any Defendant.

"If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id.

Plaintiff is ordered to show cause within seven (7) days why this action should not be dismissed for failure to effectuate service. Plaintiff's filing of the proof of service of summons and complaint on Defendants is sufficient to discharge this order. Failure to respond may result in dismissal without prejudice.