JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-02022-CJC (JDEx)                                      Date:  May 8, 2023

Title: MOHAMAD NOUR TOTOUNJI V. DAVID M. RADEL ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

On April 11, 2023, Magistrate Judge John D. Early noted that Plaintiff Mohamad Nour Totounji had not filed proof of service in the nearly four months since Totounji filed suit and ordered Totounji to show cause by April 18, 2023, why this action should not be dismissed for failure to effectuate service. (Dkt. 10.) When Totounji failed to respond, the Court then ordered Totounji to show cause why this action should not be dismissed for lack of prosecution. (Dkt. 12.) In the twelve days since, Totounji still has not responded. Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with the Court's order.

**C.C.: Magistrate Judge John D. Early**

jso